IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| WILLIAM WALLACE | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:16-CV-00059 |
| | § | |
| STANLEY MOURTON AND ALTON | § | |
| BEAN TRUCKING, INC. | § | |
| | § | |
| DEFENDANTS. | § | |

## DEFENDANTS' JOINT MOTION TO ENFORCE SETTLEMENT AGREEMENT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Defendants, Stanley Mourton and Alton Bean Trucking, Inc., file this Joint Motion to Enforce Settlement Agreement and would show as follows:

### Factual Background

1. On August 9, 2016, Defendant Mourton's insurer (on behalf of Mourton) made an offer of settlement to Plaintiff. The email offered to settle all claims via a "High/Low" agreement. A copy of this email is attached as Exhibit 1. One of the terms of the offer was the dismissal with prejudice of Defendant Alton Bean Trucking, Inc.

2. On October 19, 2016, Mourton's insurer increased the "high" component of the settlement offer. A copy of this email is attached as Exhibit 2.

**DEFENDANTS' JOINT MOTION TO ENFORCE SETTLEMENT AGREEMENT – Page 1**

3. On October 24, 2016, Plaintiff's counsel, J. Chandler Loupe, accepted the settlement offer. A copy of Mr. Loupe's email is attached as Exhibit 3.

4. Plaintiff is now refusing to abide by the settlement agreement. Defendants would show they have reached an enforceable litigation settlement agreement with Plaintiff. Defendants now bring this motion requesting an order that enforces the settlement agreement.

## Argument/Authority

5. Defendants attach a copy of *Williamson v. Bank of New York Mellon,* 947 F.Supp 2d 704 (N.D. Tex 2013) as Exhibit 4. Mourton refers the Court's attention to this case rather than engaging in voluminous and redundant briefing in the body of this motion. In short, the Williamson case holds that (1) under Texas law as predicted by the district court, a series of emails can satisfy the writing requirement under Texas law for an enforceable litigation settlement agreement; (2) an email "string" may satisfy the completeness requirement; and (3) email messages may satisfy the signature requirement.

6. In this case, the email string between Mourton's insurer and counsel for Plaintiff clearly shows offer and acceptance of a "high/low" settlement agreement. The essential terms of the agreement are set forth in the email "string." And, Plaintiff's counsel clearly states that his client accepts the offer and his signature block is set forth below the message accepting the offer. The email "string" satisfies the requirements of Texas law for an enforceable litigation agreement.

**DEFENDANTS' JOINT MOTION TO ENFORCE SETTLEMENT AGREEMENT – Page 2**

7. Defendants seek an order from this court enforcing the agreement. Specifically, Defendants request an order finding that an agreement was reached and setting forth the material terms of the agreement (i.e. Mr. Wallace will receive a guaranteed "low" of $25,000, cannot recover more than the $115,000 "high" set forth in the agreement, and dismissal of Alton Bean Trucking, Inc.).

## Prayer

Defendants respectfully pray for the Court to (1) grant this motion, (2) enter an order enforcing the terms of the settlement agreement, (3) dismiss Plaintiff's claims against Alton Bean Trucking, Inc., and (4) grant such other and further relief to which Defendants are justly entitled.

Respectfully submitted,

**Chamblee, Ryan, Kershaw & Anderson, P.C.**

By:    /s/ Jarad L. Kent
     **JARAD L. KENT**
     State Bar No. 24062824
     jkent@crka.law

2777 N. Stemmons Frwy., Suite 1157
Dallas, TX 75207
(214) 905-2003
(214) 905-1213 – *Facsimile*

**Attorney for Defendant Stanley Mourton**

- **AND**

**DEFENDANTS' JOINT MOTION TO ENFORCE SETTLEMENT AGREEMENT – Page 3**

**Kane Russell Coleman & Logan PC**

By:    */s/ Nathan Tenney*
     **Zach T. Mayer**
     State Bar No. 24013118
     zmayer@krcl.com
     **Aaron M. Speer**
     State Bar No. 24051365
     aspeer@krcl.com
     **Nathan Tenney**
     State Bar No. 24080017
     ntenney@krcl.com

1601 Elm Street, Suite 3700
Dallas, Texas 75201
(214) 777-4200
(214) 777-4299 – *Facsimile*

**Attorneys for Defendant**
**Alton Bean Trucking, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 17th day of February, 2017 a true and correct copy of the above and foregoing document has been forwarded by electronic filing and facsimile to all counsel of record as follows:

Mr. N. Eric Cooper
*The Cooper Law Firm*
501 N. Third Street
Longview, Texas 75601
(903) 236-0035 (*Facsimile*)

Mr. Zachary T. Mayer
*Kane, Russell, Coleman & Logan PC*
1601 Elm Street, Suite 3700
Dallas, Texas 75201
(214) 777-4299 (*Facsimile*)

Mr. J. Chandler Loupe
Gordon McKernan
5656 Hilton Avenue
Baton Rouge, LA  70808
(225) 926-1202 (*Facsimile*)

 */s/ Jarad L. Kent*
**JARAD L. KENT**

## CERTIFICATE OF CONFERENCE

I do hereby certify that on this the 17th day of February, 2017, I have complied with the meet and confer requirement set forth in Local Rule CV-7(h) by means of a telephone conference with Mr. Chandler Loupe, lead counsel for Plaintiff, and that counsel for Plaintiff indicated during this conference that Plaintiff is opposed to the motion given the dispositive nature of the relief requested.  These discussions have conclusively ended in an impasse, leaving an open issue for the court to resolve.

 */s/ Jarad L. Kent*
**JARAD L. KENT**