IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| WILLIAM WALLACE | § | |
| | § | |
|    PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:16-CV-00059 |
| | § | |
| STANLEY MOURTON AND | § | |
| ALTON BEAN TRUCKING, INC. | § | |
| | § | |
|    DEFENDANTS. | § | |

## ORDER GRANTING DEFENDANTS' JOINT MOTION
## TO ENFORCE SETTLEMENT AGREEMENT

On this day came on to be heard Defendants' Joint Motion to Enforce Settlement Agreement. After considering the pleadings on file with this Court, including Defendants' motion and all responses and replies thereto, the Court is of the opinion that Defendants' motion should be **GRANTED**.

It is therefore **ORDERED, ADJUDGED, AND DECREED**, that Defendants' Joint Motion to Enforce Settlement Agreement is hereby granted. Upon a final jury trial of the merits of this case, judgment will be entered in conformity with the terms of the high/low settlement agreement reached between the parties.

**Order Granting Defendants' Joint Motion to Enforce Settlement Agreement – Page 1**

It is further **ORDERED, ADJUGED, AND DECREED**, that pursuant to the Settlement Agreement entered into between the parties Plaintiff's claims against Defendant Alton Bean Trucking, Inc. are hereby **DISMISSED** with prejudice.